NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
William Carlon
LAW OFFICE OF WILLIAM CARLON
437 Post Street
Napa, CA 94559
(530) 514-4115

ATTORNEY(S) FOR:  Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Los Angeles Waterkeeper | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:26-cv-05095 |
| v. | |
| Los Angeles Galvanizing Company | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Plaintiff, Los Angeles Waterkeeper___
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| LOS ANGELES WATERKEEPER has no pecuniary interests to report. | |

| May 12, 2026 | /s/William Carlon |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff, Los Angeles Waterkeeper

CV-30 (05/13)                                   **NOTICE OF INTERESTED PARTIES**