JAN A. GREBEN, State Bar No. 103464
PRICE, POSTEL & PARMA LLP
200 East Carrillo Street, Fourth Floor
Santa Barbara, California 93101
Telephone:  (805) 962-0011
Facsimile:   (805) 965-3978
jag@ppplaw.com

Attorneys for Defendant
Los Angeles Galvanizing Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit association,<br><br>Plaintiffs,<br><br>v.<br><br>Los Angeles Galvanizing Company, a California corporation,<br><br>Defendants. | Case No. 2:26-cv-05095-CAS-DSR<br><br>**LOS ANGELES GALVANIZING COMPANY'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**<br><br>Complaint filed:   May 12, 2026 |

Defendant Los Angeles Galvanizing Company ("Defendant") hereby answer the complaint of Los Angeles Waterkeeper ("Plaintiff") as follows:

## I.      JURISDICTION AND VENUE

1.      Paragraph 1 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 1 contains any factual allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1, and on that basis, they are denied.

2.      Paragraph 2 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 2 contains any factual allegations, Defendants lack knowledge or

information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, they are denied.

3.      Paragraph 3 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 3 contains any factual allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, they are denied.

4.      Paragraph 4 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 4 contains any factual allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4, and on that basis, they are denied.

## II.      **INTRODUCTION**

5.      Defendant admits its facility is located at 2518 East 53rd Street, Huntington Park, California 90255, with adjacent parcels at 2527 East 53rd Street, 2513 East 53rd Street, and 2524 East 52nd Street

6.      In response to Paragraph 6 Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph as they relate to Plaintiff. The remainder of Paragraph 6 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 6 contains any factual allegations relating to Defendant, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, they are denied.

7.      Paragraph 7 constitutes a statement which no response is required.

8.      Paragraph 8 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 8 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

9.      Paragraph 9 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 9 contains any factual allegations, Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

10.    Paragraph 10 constitutes a statement and conclusion of law and/or sets forth an expert opinion to which no response is required. To the extent Paragraph 10 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, they are denied.

11.    Paragraph 11 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 11 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

12.    Paragraph 12 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 12 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

13.    Paragraph 13 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 13 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

14.    Paragraph 14 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 14 contains any factual allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

15.    Paragraph 15 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 15 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

16.    Paragraph 16 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 16 contains any factual allegations, Defendant lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

17.    Paragraph 17 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 17 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

18.    Paragraph 18 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 18 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

19.    Paragraph 19 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 19 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

20.    Paragraph 20 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 20 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

21.    Paragraph 21 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 21 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

22.    Paragraph 22 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 22 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

23.    Paragraph 23 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 23 contains any factual allegations, Defendant lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

## III.   PARTIES

24.   Paragraph 24 constitutes a statement to which no response is required.

25.   Paragraph 25 constitutes a statement to which no response is required.

26.   Paragraph 26 constitutes a statement to which no response is required.

27.   Paragraph 27 constitutes a statement to which no response is required.

28.   Paragraph 28 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 28 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

29.   Paragraph 29 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 29 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

30.   Paragraph 30 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 30 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

31.   Paragraph 31 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 31 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

32.   Admit that Defendant Los Angeles Galvanizing is a corporation organized under the laws of California.

33.   Admit that Defendant owns and operates at the Facility located at 2518 East 53rd Street, Huntington Park, California 90255, with adjacent parcels at 2527 East 53rd Street, 2513 East 53rd Street, and 2524 East 52nd Street.

34.     Paragraph 34 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 34 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

35.     Paragraph 35 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 35 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

## IV.     LEGAL BACKGROUND

36.     Paragraph 36 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 36 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

37.     Paragraph 37 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 37 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

38.     Paragraph 38 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 38 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

39.     Paragraph 39 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 39 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

40.     Paragraph 40 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 40 contains any factual allegations, Defendant lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

41. Paragraph 41 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 41 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

42. Paragraph 42 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 42 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

43. Paragraph 43 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 43 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

44. Paragraph 44 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 44 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

45. Paragraph 45 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 45 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

46. Paragraph 46 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 46 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

47. Paragraph 47 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 47 contains any factual allegations, Defendant lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

48.   Paragraph 48 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 48 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

49.   Paragraph 49 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 49 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

50.   Paragraph 50 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 50 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

51.   Paragraph 51 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 51 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

52.   Paragraph 52 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 52 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

53.   Paragraph 53 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 53 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

54.   Paragraph 54 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 54 contains any factual allegations, Defendant lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

55.    Paragraph 55 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 55 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

56.    Paragraph 56 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 56 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

57.    Paragraph 57 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 57 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

58.    Paragraph 58 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 58 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

59.    Paragraph 59 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 59 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

60.    Paragraph 60 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 60 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

61.    Paragraph 61 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 61 contains any factual allegations, Defendant lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

62. Paragraph 62 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 62 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

63. Paragraph 63 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 63 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

64. Paragraph 64 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 64 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

65. Paragraph 65 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 65 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

66. Paragraph 66 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 66 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

67. Paragraph 67 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 67 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

68. Paragraph 68 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 68 contains any factual allegations, Defendant lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

69. Paragraph 69 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 69 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

70. Paragraph 70 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 70 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

71. Paragraph 71 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 71 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

72. Paragraph 72 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 72 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

## V.   STATEMENT OF FACTS

73. Admit that Defendant owns and operates at the Facility located at 2518 East 53rd Street, Huntington Park, California 90255, with adjacent parcels at 2527 East 53rd Street, 2513 East 53rd Street, and 2524 East 52nd Street.

74. Admit that Defendant's business hours are Monday through Friday, from 6:00 a.m. to 4:00 p.m., according to the Facility's Storm Water Pollution Prevention Plan last updated February 20, 2023.

75. Admit that Defendant conducts industrial activities both indoors and outdoors at the Facility. To the extent that Paragraph 75 sets forth legal terms, Paragraph 75 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 75 contains any

other factual allegations relating to Defendants, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, they are denied.

76.     Paragraph 76 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 76 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

77.     Admit that Defendant submitted a Notice of Intent to Comply with the General Permit for the Facility. To the extent that Paragraph 77 sets forth legal terms, Paragraph 77 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 77 contains any other factual allegations relating to Defendants, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, they are denied.

78.     Admit that the Facility is assigned Waste Discharger Identification Number 4 19I004458. To the extent that Paragraph 78 sets forth legal terms, Paragraph 78 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 78 contains any other factual allegations relating to Defendants, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, they are denied.

79.     Paragraph 79 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 79 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

80.     Paragraph 80 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 80 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

81.    Paragraph 81 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 81 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

82.    Paragraph 82 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 82 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

83.    Paragraph 83 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 83 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

84.    Paragraph 84 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 84 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

85.    Paragraph 85 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 85 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

86.    Paragraph 86 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 86 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

87.    Paragraph 87 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 87 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

88.	Paragraph 88 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 88 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

89.	Paragraph 89 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 89 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

90.	Paragraph 90 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 90 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

91.	Paragraph 91 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 91 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

92.	Paragraph 92 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 92 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

93.	Paragraph 93 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 93 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

94.	Paragraph 94 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 94 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

95. Paragraph 95 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 95 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

96. Paragraph 96 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 96 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

97. Paragraph 97 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 97 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

98. Paragraph 98 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 98 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

99. Paragraph 99 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 99 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

100. Paragraph 100 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 100 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

101. Paragraph 101 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 101 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

102.    Paragraph 102 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 102 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

103.    Paragraph 103 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 103 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

104.    Paragraph 104 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 104 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

105.    Paragraph 105 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 105 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

106.    Paragraph 106 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 106 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

107.    Paragraph 107 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 107 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

108.    Paragraph 108 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 108 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

109.    Paragraph 109 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 109 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

110.    Paragraph 110 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 110 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

111.    Paragraph 111 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 111 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

112.    Paragraph 112 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 112 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

113.    Paragraph 113 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 113 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

114.    Paragraph 114 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 114 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

115.    Paragraph 115 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 115 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

116.    Paragraph 116 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 116 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

117.    Paragraph 117 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 117 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

118.    Paragraph 118 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 118 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

119.    Paragraph 119 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 119 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

120.    Paragraph 120 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 120 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

121.    Paragraph 121 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 121 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

122.    Paragraph 122 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 122 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

123. Paragraph 123 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 123 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

124. Paragraph 124 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 124 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

125. Paragraph 125 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 125 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

126. Paragraph 126 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 126 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

127. Paragraph 127 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 127 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

128. Paragraph 128 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 128 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

129. Paragraph 129 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 129 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

130.    Paragraph 130 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 130 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

131.    Paragraph 131 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 131 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

132.    Paragraph 132 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 132 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

133.    Paragraph 133 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 133 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

134.    Paragraph 134 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 134 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

135.    Paragraph 135 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 135 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

136.    Paragraph 136 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 136 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

137.    Paragraph 137 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 137 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

138.    Paragraph 138 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 138 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

139.    Paragraph 139 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 139 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

140.    Paragraph 140 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 140 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

**VI.    CLAIMS FOR RELIEF**

**FIRST CLAIM FOR RELIEF**

**Defendants' Discharges of Contaminated Storm Water from the Facility in Violation of the General Permit's Numeric Effluent Limitations and Clean Water Act**

141.    Paragraph 141 constitutes a statement and incorporation of allegations contained in all preceding paragraphs as though fully set forth herein, and on that basis, Defendants incorporate all such denials as set forth in the preceding paragraphs as though fully set forth herein.

142.    Paragraph 142 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 142 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

143.    Paragraph 143 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 143 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

144.    Paragraph 144 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 144 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

145.    Paragraph 145 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 145 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

146.    Paragraph 146 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 146 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

147.    Paragraph 147 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 147 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

148.    Paragraph 148 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 148 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

149.    Paragraph 149 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 149 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

**SECOND CLAIM FOR RELIEF**

**Defendants' Discharges of Contaminated Storm Water from the Facility in Violation of the General Permit's Receiving Water Limitations and Clean Water Act**

150. Paragraph 150 constitutes a statement and incorporation of allegations contained in all preceding paragraphs as though fully set forth herein, and on that basis, Defendants incorporate all such denials as set forth in the preceding paragraphs as though fully set forth herein.

151. Paragraph 151 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 151 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

152. Paragraph 152 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 152 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

153. Paragraph 153 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 153 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

154. Paragraph 154 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 154 contains any factual allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

155. Paragraph 155 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 155 contains any factual allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

156. Paragraph 156 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 156 contains any factual allegations, Defendants lack

knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

157.    Paragraph 157 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 157 contains any factual allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

158.    Paragraph 158 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 158 contains any factual allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

159.    Paragraph 159 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 159 contains any factual allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

160.    Paragraph 160 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 160 contains any factual allegations, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

### THIRD CLAIM FOR RELIEF

**Defendants' Failure to Prepare, Implement, Review, and Update a Compliant Storm Water Pollution Prevention Plan**

161.    Paragraph 161 constitutes a statement and incorporation of allegations contained in all preceding paragraphs as though fully set forth herein, and on that basis, Defendants incorporate all such denials as set forth in the preceding paragraphs as though fully set forth herein.

162.    Paragraph 162 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 162 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

163. Paragraph 163 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 163 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

164. Paragraph 164 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 164 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

165. Paragraph 165 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 165 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

166. Paragraph 166 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 166 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

167. Paragraph 167 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 167 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

168. Paragraph 168 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 168 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

169. Paragraph 169 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 169 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

**FOURTH CLAIM FOR RELIEF**

**Defendants' Failure to Develop and Implement the Best Available And Best Conventional Treatment Technologies at the Facilities**

170.    Paragraph 170 constitutes a statement and incorporation of allegations contained in all preceding paragraphs as though fully set forth herein, and on that basis, Defendants incorporate all such denials as set forth in the preceding paragraphs as though fully set forth herein.

171.    Paragraph 171 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 171 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

172.    Paragraph 172 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 172 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

173.    Paragraph 173 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 173 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

174.    Paragraph 174 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 174 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

175.    Paragraph 175 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 175 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

176.    Paragraph 176 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 176 contains any factual allegations, Defendant lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

177.    Paragraph 177 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 177 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

178.    Paragraph 178 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 178 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

179.    Paragraph 179 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 179 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

## FIFTH CLAIM FOR RELIEF

**Failure to Implement an Adequate Monitoring Implementation Plan for the Facility**

180.    Paragraph 180 constitutes a statement and incorporation of allegations contained in all preceding paragraphs as though fully set forth herein, and on that basis, Defendants incorporate all such denials as set forth in the preceding paragraphs as though fully set forth herein.

181.    Paragraph 181 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 181 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

182.    Paragraph 182 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 182 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

183.    Paragraph 183 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 183 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

184.    Paragraph 184 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 184 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

185.    Paragraph 185 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 18 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

## SIXTH CLAIM FOR RELIEF

### Defendant's Failure to Report as Required by the General Permit

186.    Paragraph 186 constitutes a statement and incorporation of allegations contained in all preceding paragraphs as though fully set forth herein, and on that basis, Defendants incorporate all such denials as set forth in the preceding paragraphs as though fully set forth herein.

187.    Paragraph 187 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 187 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

188.    Paragraph 188 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 188 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

189.    Paragraph 189 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 189 contains any factual allegations, Defendant lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

190.    Paragraph 190 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 190 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

191.    Paragraph 191 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 191 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

192.    Paragraph 192 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 192 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

193.    Paragraph 193 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 193 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

194.    Paragraph 194 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 194 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

195.    Paragraph 195 constitutes a statement and conclusion of law to which no response is required. To the extent Paragraph 195 contains any factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, they are denied.

///

///

## VII.    **RELIEF REQUESTED**

The remainder of the claims contain Plaintiff's Relief Requested to which no response is required. To the extend a response is required, Defendants deny the relief requested.

## **AFFIRMATIVE DEFENSES**

Defendants allege the following affirmative defenses for each and every claim for relief:

### **FIRST AFFIRMATIVE DEFENSE**

(Failure to State a Claim)

1.    One or more of Plaintiff's claims fail to state a cause of action upon which relief may be granted.

### **SECOND AFFIRMATIVE DEFENSE**

(Standing)

2.    One or more of Plaintiff's claims fail because Plaintiff lacks standing.

### **THIRD AFFIRMATIVE DEFENSE**

(Statute of Limitations)

3.    One or more of Plaintiff's claims are barred in whole or in part by the applicable statutes of limitations, including but not limited to 28 U.S.C. § 2462.

### **FOURTH AFFIRMATIVE DEFENSE**

(Laches)

4.    One or more of Plaintiff's claims are barred by the doctrine of laches.

### **FIFTH AFFIRMATIVE DEFENSE**

(Compliance with Permit – 33 U.S.C. § 1342(k))

5.    One or more of Plaintiff's claims fails pursuant to 33 U.S.C. § 1342(k) because Defendants have been and are in compliance with a properly issued permit.

### **SIXTH AFFIRMATIVE DEFENSE**

(Mootness)

6.    One or more of Plaintiff's claims are not ripe for adjudication as they are moot, including that Defendants have corrected one or more of the alleged violations identified in Plaintiff's notice.

## SEVENTH AFFIRMATIVE DEFENSE

### (Past Violations)

7.      One or more of Plaintiff's claims fail because it alleges violations that have been corrected and are deemed past violations that are not likely to recur.

## EIGHTH AFFIRMATIVE DEFENSE

### (Insufficient Notice)

8.      Plaintiff's notice is insufficient in the type of remedy and relief demanded and/or to allow Defendants to remedy one or more of the alleged violations prior to the commencement of this action.

## NINTH AFFIRMATIVE DEFENSE

### (Relief Improper; Compliance with Regulatory Enforcement)

9.      One or more of Plaintiff's claims fail because the relief sought is improper to the extent it may be duplicative of any regulatory enforcement and remediation of the alleged violations, and where Defendants have taken action to respond and comply with any regulatory enforcement to remedy the alleged violation and prevent further violation.

## TENTH AFFIRMATIVE DEFENSE

### (Estoppel)

10.      Plaintiff's Complaint and each cause of action therein in barred in whole or in part by the equitable doctrine of estoppel.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Reservation of Additional Affirmative Defenses)

11.      Because the Complaint is conclusory in nature, Defendants cannot fully anticipate all affirmative defenses that may be applicable to this action. Accordingly, Defendants reserve their right to assert additional affirmative defenses, if any, to the extent that such affirmative defenses apply.

///

///

///

PRICE, POSTEL
& PARMA LLP
SANTA BARBARA, CA

CASE NO. **2:26-CV-05095-CAS-DSR**

**PRAYER FOR RELIEF**

Wherefore, Defendants respectfully request that the court enter judgment against Plaintiff:

1.  Dismissing with prejudice all claims asserted against Defendants;

2.  Awarding Defendants all costs of litigation, including attorney's fees and costs, allowed by law; and

3.  Awarding Defendants such other relief as the court deems proper.

**DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b), Defendants hereby demands a jury trial of any and all issues triable of right by jury.

Respectfully submitted,

Dated:  July 13, 2026          PRICE, POSTEL & PARMA LLP


By: */s/ Jan Greben*
                                JAN A. GREBEN
                                Attorney for Defendant
                                Los Angeles Galvanizing Company