NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Jan A. Greben (SBN 103464)
jgreben@ppplaw.com
Price, Postel, & Parma LLP
200 East Carrillo Street, Suite 400
Santa Barbara, CA 93101
(805)962-0011

ATTORNEY(S) FOR: Defendant Los Angeles Galvanizing Company

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Los Angeles Waterkeeper | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:26-cv-05095 |
| v. | |
| Los Angeles Galvanizing Company | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Defendant Los Angeles Galvanizing Company _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| None | None |

July 13, 2026
_____
Date

Signature _____

Attorney of record for (or name of party appearing in pro per):

Defendant Los Angeles Galvanizing Company

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**