JAN A. GREBEN, State Bar No. 103464
PRICE, POSTEL & PARMA LLP
200 East Carrillo Street, Fourth Floor
Santa Barbara, California 93101
Telephone:  (805) 962-0011
Facsimile:   (805) 965-3978
jag@ppplaw.com

Attorneys for Defendant
Los Angeles Galvanizing Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit association,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES GALVANIZING COMPANY, a California corporation,<br><br>Defendant. | Case No. 2:26-cv-05095-CAS-DSR<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT FORM**<br><br>Complaint filed:    May 12, 2026 |

TO THE COURT:

Plaintiff Los Angeles Waterkeeper and Defendant Los Angeles Galvanizing Company have agreed to voluntarily consent to have United States Magistrate Judge Steve Kim, chosen from the Voluntary Consent List maintained by the Clerk of the Court, conduct all further proceedings in this case, including trial and final judgment.

The Statement of Consent to Proceed Before a United States Magistrate Judge Form (CV-011D) is attached.

Respectfully submitted,

Dated:  August 5, 2026          PRICE, POSTEL & PARMA LLP

By: /s/ Jan Greben
    JAN A. GREBEN
    Attorney for Defendant
    Los Angeles Galvanizing Company

Dated:  August 5, 2026          LAW OFFICE OF WILLIAM CARLON

By: /s/ William Carlon
    William N. Carlon
    Attorney for Plaintiff
    Los Angeles Waterkeeper