JAN A. GREBEN, State Bar No. 103464
PRICE, POSTEL & PARMA LLP
200 East Carrillo Street, Fourth Floor
Santa Barbara, California 93101
Telephone:   (805) 962-0011
Facsimile:    (805) 965-3978
jag@ppplaw.com

Attorneys for Defendant
Los Angeles Galvanizing Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit association, <br><br> Plaintiff, <br><br> v. <br><br> LOS ANGELES GALVANIZING COMPANY, a California corporation, <br><br> Defendant. | Case No. 2:26-cv-05095-SK <br><br> **JOINT STIPULATION TO REQUEST CONTINUANCE OF SCHEDULING CONFERENCE** <br><br> Complaint filed:    May 12, 2026 |

## STIPULATION

On July 22, 2026, Hon. Fernando M. Olguin set a Scheduling Conference in this case for August 27, 2026 at 10:00a.m. (Dkt. 13).

On August 7, 2026, this case was transferred to Hon. Steve Kim for all further proceedings (Dkt. 15).

Counsel for Plaintiff Los Angeles Waterkeeper and Defendant Los Angeles Galvanizing Company, hereby submit this joint stipulation to request that the Scheduling Conference, currently scheduled for August 27, 2026 at 10:00a.m., be continued to facilitate ongoing settlement negotiations between the parties. The parties are optimistic this case will be resolved without litigation and have taken substantial steps toward settlement to date, including a draft

Consent Decree setting forth settlement terms.

Counsel for the parties have met and conferred on the issue, and ask for the Court's approval to continue the Scheduling Conference set by Hon. Fernando M. Olguin in this matter to October 14, 2026, at 10:00 a.m.

NOW, THEREFORE, IT IS STIPULATED AND AGREED THAT:

Subject to the Court's approval, the Scheduling Conference currently set for August 27, 2026 at 10:00a.m., is continued to October 14, 2026, at 10:00 a.m.

Respectfully submitted,

Dated:  August 12, 2026          PRICE, POSTEL & PARMA LLP


By: */s/ Jan Greben*_____
     JAN A. GREBEN
     Attorney for Defendant
     Los Angeles Galvanizing Company


Dated:  August 12, 2026          LAW OFFICE OF WILLIAM CARLON


By: */s/ William Carlon*_____
     William N. Carlon
     Attorney for Plaintiff
     Los Angeles Waterkeeper

**ATTESTATION**

I, Jan Greben, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Jan Greben*
JAN A. GREBEN
Attorney for Defendant
Los Angeles Galvanizing Company