# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit association,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES GALVANIZING COMPANY, a California corporation,<br><br>Defendant. | Case No. 2:26-cv-05095-SK<br><br>**[PROPOSED] ORDER FOR CONTINUANCE OF SCHEDULING CONFERENCE**<br><br>Courtroom: 540<br>Judge: Hon. Steve Kim<br>Trial Date: None Set |

The Court, having read and considered the Joint Stipulation filed on behalf of Plaintiff Los Angeles Waterkeeper and Defendant Los Angeles Galvanizing Company, and finding GOOD CAUSE thereon, hereby grants the parties' request for a continuance of the Scheduling Conference currently set for August 27, 2026, at 10:00a.m.

The Scheduling Conference is continued to October 14, 2026, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:

_____
Hon. Steve Kim
United States Magistrate Judge

Price, Postel
& Parma LLP
Santa Barbara, Ca

1

CASE NO. **2:26-CV-05095-SK**