UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. CV 26-5095-SK Date: August 24, 2026
Title Los Angeles Waterkeeper v. Los Angeles Galvanizing Company

Present: The Honorable: Steve Kim, United States Magistrate Judge

| A. Silva-Elder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): None present | Attorneys Present for Defendant(s): None present |

**Proceedings:** (IN CHAMBERS) **ORDER SETTING SCHEDULING CONFERENCE**

The matter is set for a scheduling conference on **October 21, 2026, at 10:00 AM** via Zoom videoconference. The conference will be held pursuant to Rule 16 of the Federal Rules of Civil Procedure. Lead counsel should appear for that conference.

The parties are reminded to disclose information and confer on a discovery plan not later than 21 days before the scheduling conference and to submit a joint report not later than 14 days after they confer as required by Fed. R. Civ. P. 26(f) and Local Rule 26-1. **That joint report should also include a stipulated set of deadlines for a proposed scheduling order according to the template attached here as Exhibit A**. Counsel should state in their joint report (and on the stipulated deadlines table) how they wish to fulfill the mandatory ADR under Local Rule 16-15: a Magistrate Judge who has agreed **in advance** to mediate for the parties; a member of the Mediation Panel; or private mediation. (In certain cases, with the parties' and the Court's consent, Judge Kim can serve as the mediator, but this option would require more detailed discussion.)

Unless the parties expressly request that a scheduling conference be held to facilitate the goals and purposes of Rules 16(a) and (c), which the Court will honor, it reserves the right to vacate the scheduling conference and issue a scheduling order based upon the parties' joint report.

The Courtroom Deputy Clerk shall distribute the Zoom access information in advance of the proceeding. All parties are directed to log in no later than ten (10) minutes prior to the scheduled start time, in order to check in with the Clerk and to test audio and video connections.

IT IS SO ORDERED.