UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. CV 2:26-cv-05095-SK Date: October 15, 2026

Title Los Angeles Waterkeeper v. Los Angeles Galvanizing Co.

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Ashley Silva-Elder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **SCHEDULING ORDER**

Based on the parties' Joint Rule 26(f) Report (ECF 20), the Court finds that no scheduling conference is needed and sets forth the schedule on the attachment to this order, which may be modified only upon a showing of good cause. The Scheduling Conference set for October 21, 2026 is **VACATED**.

IT IS SO ORDERED.